EDWARDS WILDMAN PALMER LLP
Rory J. McEvoy
Rachel B. Jacobson
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@edwardswildman.com
rjacobson@edwardswildman.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SONIA HUANG,

        Plaintiff,

    -against-

THE MOUNT SINAI HOSPITAL, MICHAEL GOLDSTEIN, M.D., SUSAN LERNER, M.D. and CAROLYN FORMAN,

        Defendants.

---

12 Civ. 4233 (TPG)

**RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for The Mount Sinai Hospital, a private (non-governmental) party, certifies that the following are corporate parents, subsidiaries, or affiliates of those parties which are publicly held: NONE.

Date:  New York, New York
       August 8, 2012

EDWARDS WILDMAN PALMER LLP

By: _____
      Rory J. McEvoy
      Rachel B. Jacobson
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@edwardswildman.com
rjacobson@edwardswildman.com

EDWARDS WILDMAN PALMER LLP
Rory J. McEvoy
Rachel B. Jacobson
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@edwardswildman.com
rjacobson@edwardswildman.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

SONIA HUANG,

           Plaintiff,

-against-

THE MOUNT SINAI HOSPITAL, MICHAEL GOLDSTEIN, M.D., SUSAN LERNER, M.D. and CAROLYN FORMAN,

           Defendants.
--------------------------------------------------------

12 Civ. 4233 (TPG)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           )  ss.:
COUNTY OF NEW YORK )

Jean W. McLoughlin, being duly sworn, deposes and says that she is over the age of eighteen; is not a party to this action; and that on the 8th day of August 2012, she caused a true and correct copy of the foregoing ANSWER and RULE 7.1 DISCLOSURE to be served upon:

        William K. Phillips, Esq.
        Phillips & Phillips, PLLC
        30 Broad Street, 35th Floor
        New York, New York 10004

by depositing a true copy of said documents enclosed in a prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of the United States Postal Service, first class mail, within the State of New York and by filing same on the United States District Court, Southern District of New York's electronic court filing system.

                                                     Jean W. McLoughlin

Sworn to before me this
8th day of August 2012

_____
Notary Public

RACHEL JACOBSON
Notary Public, State of New York
No. 02JA6209209
Qualified in New York County
Commission Expires July 20, 2013