Grisa, J.

EXHIBIT A

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SONIA HUANG,

        Plaintiff,

        -against-

THE MOUNT SINAI HOSPITAL, MICHAEL
GOLDSTEIN, M.D., SUSAN LERNER, M.D., and
CAROLYN FORMAN,

        Defendants.
------------------------------------------------------------x

12 Civ. 4233 (TPG)

**STIPULATION AND
ORDER OF DISMISSAL
<u>WITH PREJUDICE</u>**

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties hereto, that Plaintiff withdraws all claims and this action against Defendants Michael Goldstein, M.D., Susan Lerner, M.D., and Carolyn Forman with prejudice.

Date:  New York, New York
      ~~August~~ June 20, 2013

EDWARDS WILDMAN PALMER LLP

By: _____
   Rory J. McEvoy
   Rachel B. Jacobson
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@edwardswildman.com
rjacobson@edwardswildman.com

Phillips & Associates, PLLC

By: _____
   William K. Phillips
   Jesse Rose
Attorneys for Plaintiff
30 Broad Street
35th Floor
New York, New York 10004
212.248-7431
tpglaws@yahoo.com
jrose@white-rose-group.com

SO ORDERED: _____
        U.S.D.J.
        8/28/13