Griesa, J.

EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SONIA HUANG,

        Plaintiff,

-against-

THE MOUNT SINAI HOSPITAL, MICHAEL
GOLDSTEIN, M.D., SUSAN LERNER, M.D., and
CAROLYN FORMAN,

        Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2013

12 Civ. 4233 (TPG)

**STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties hereto that the above-captioned matter is hereby dismissed with prejudice.

Date: New York, New York
    ~~June 20~~, 2013
    August

EDWARDS WILDMAN PALMER LLP

By: _____
   Rory J. McEvoy
   Rachel B. Jacobson
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@edwardswildman.com
rjacobson@edwardswildman.com

Phillips & Associates, PLLC

By: _____
   William K. Phillips
   Jesse Rose
Attorneys for Plaintiff
30 Broad Street
35th Floor
New York, New York 10004
212.248-7431
tpglaws@yahoo.com
jrose@white-rose-group.com

SO ORDERED:

_____
U.S.D.J
8/28/13

12